RECEIVED
FEB 07 2022
BY MAIL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
~~WE~~ **EA**STERN   DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Federal Courthouse
44 N. LORIMIER ST.
CApe Girardeau, MO
63701

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

VALERIE HUHN
1706 E ELM ST. (P.O. BOX 687
Jefferson City, MO. 65101

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☑ Yes  ☐ No

2

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kevin D. McGee

All other names by which you have been known: Kevin D. Barattini

ID Number: #21676
Current Institution: Southeast Mo. Mntl. Health Cntr.
Address: 1010 W. Columbia St. 63640-2902
Farmington, Mo. 63640-2902
(218)-6993

### B. The Defendant(s)

- Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.

- Make sure that the defendant(s) listed below are identical to those contained in the above caption.

- For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.

- Attach additional pages if needed.

Defendant No. 1

Name: Julie Inman
Job or Title (if known): Chief Corporate Collection Officer
Shield Number:
Employer: Missouri Dept of Mental Health
Address: 1010 W. Columbia St. Farmington, Mo. 63640-2902

☐ Individual capacity   ☑ Official capacity

3

Defendant No. 2

Name: Denise Hacker

Job or Title (if known): C.E.O. Chief Exec. Officer

Shield Number:

Employer: Southeast Mo., Mntl. Health Cntr.

Address: 1010 W. Columbia St. Farmington, Mo. 63640-2902

☐ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.

What federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

R.I. 1.60 to communicate with sealed mail privileges. Too many times my friend on this ward provided me with these forms, which by Case Net # CR587-1152 FX. An employee rendered me defenseless by procuring these documents which are or were sent to me by the USDC 111 S. Tenth St. St. Louis, Mo. 63102

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* N.G.R.I., NOT Guilty By Reason of MENTAL DESEASE or defect.

### IV. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?
- What injuries did you suffer?
- Who was involved in what happened to you?
- How were the defendants involved in what happened to you?
- Where did the events you have described take place?
- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I have one occasion twhereas, I got up from My bed at 2:48 AM, I was Attacked while relieving Myself. I had SEVERE Trauma And Staff would not suffice it to say they Would not Let me Roll back the Tape to SEE WHOM IT WAS that attacked me 3 YEARS Ago

5

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

> I was more in a state of shock
> And it took in practically
> 2 years for my Left Temple to
> heal up. it's still scarred on
> My upper Left temple

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

> I want to go home to Vero Bch,
> Florida At 1995 Ribalo Dr.
> Vero Bh, FL. 32960.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes
☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FARMINGTON STATE HOSPITAL
1010 W. Columbia St
FARMINGTON, MO-63640-2902

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes & No
☐ No
☐ Do not know

I greived this incident I treied in VAIN to bE Removed from this Hospital to 5300 ARSENAL. however my futile Attempts to do so fell on DEAF EARS

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☑ No
☐ Do not know

If yes, which claim(s)?

_____
_____
_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes
☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Here at this Institution Form 8104.

2. What did you claim in your grievance? *(Attach a copy of your grievance, if available)*

   I Lost it a long time ago

3. What was the result, if any? *(Attach a copy of any written response to your grievance, if available)*

   The Result having been attacked I've Relented and to this Day sleep with one eye open so it doesn't happen again.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   They Terry Copper (SGT) swept it under the Red Carpet.

8

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:
   I filed a form 8104 At THIS FACILITY

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
   EVERYTHING I'VE MENTIONED IS TRUE TO the BEST OF MY ABILITIES

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes
☐ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_The Institution had me dismayed_

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
   ☑ Yes
   ☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _KEVIN D. McGEE_
      Defendant(s) _CHRIS HALDERMAN_

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      _No Federal Court This is my first Attempt to cover my story._

   3. Docket or index number
      _C.R. 587-1152 FX Committed 6/8/88_

   4. Name of Judge assigned to your case
      _Stephen N. Limbaugh Jr._

   5. Approximate date of filing lawsuit
      _It's been a very long time ago._

   6. Is the case still pending?
      ☐ Yes
      ☑ No

      If no, give the approximate date of disposition. _MAY 2019_

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   No Nothing I ASCERTAINE was done by Security.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
   - [x] Yes
   - [ ] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit   KEVIN Douglas McGEE
   Plaintiff(s)   SAME AS Aforementioned
   Defendant(s)   CHRIS HALDEMAN.

2. Court *(if federal court, name the district; if state court, name the county and State)*

   They didn't even hold a Court

3. Docket or index number   DOCKET NOT
   I REITERATE All the
   CR587-1152FX   stated did was circle their wagons.

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   2/1/22

6. Is the case still pending?
   - [ ] Yes
   - [x] No *(If no, give the approximate date of disposition):*
   3 YEARS ago Approximately Juno 20th 2019

11

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _I AM NOT SURE HOW to_
    _HANDLE THIS QUESTION?_

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _1/28_, 20_22_

Signature of Plaintiff    _Kevin Douglas McGee_
Printed Name of Plaintiff _Kevin Douglas McGee_
Prison Identification #   _Guardian Committed #21676_
Prison Address            _DANNY STAPLES BLDG._
City State Zip Code       _FARMINGTON, MO. 63640-2902_
                          _218-6792_

12